# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    **Plaintiff,**

    **v.**                                                                                                  **Case No. 15-CR-7**

DRAYON WREN,

    **Defendant.**

## ORDER DESIGNATING CASE AS COMPLEX AND
## GRANTING CONTINUANCE UNDER SPEEDY TRIAL ACT

On April 14, 2015, a grand jury in this district returned a thirteen count superseding indictment against Drayon Wren ("Wren"). Wren is charged in Count One of the indictment with sex trafficking by use of force, fraud, or coercion in violation of 18 U.S.C. § 1591. Wren is charged in Counts Two through Four of the indictment with sex trafficking of a child, in violation of 18 U.S.C. §§ 1591 and 2. Counts Five through Eight of the indictment charge Wren with interstate travel for purposes of prostitution, in violation of 18 U.S.C. §§ 2421 and 2. Wren is charged in Counts Nine through Thirteen with transporting a child to engage in prostitution, in violation of 18 U.S.C. §§ 2423(a) and 2. On April 21, 2015, Wren moved to designate the case as complex. I conducted a hearing on this motion on April 27, 2015. The government does not oppose the motion.

In support of this motion, Wren points to the nature of the investigation and the volume of discovery. Specifically, Wren states that the crimes allegedly transpired between March 2012 and June 2014 and allegedly involved four victims, including three minors. Wren noted that

given the breadth and extent of the charges, counsel may need to undertake extensive independent investigation and research and is also considering issues related to Wren's present and past mental state. (Docket # 41.) Further, the discovery is extensive and consists of approximately 800 pages, hundreds of Facebook and other internet postings, 2,000 pages from Backpage, records of at least three relevant phones, phone call recordings, and video evidence. The government also anticipates providing recorded phone calls from the jail.

Considering the motion filed by Wren and the additional information provided by the parties at the hearing, I find that based on the nature of the investigation and the volume of discovery, it is appropriate to grant this motion. Additionally, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), I find based on the complexity of this case, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial within the time limits set by the Speedy Trial Act. I find that under 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by taking this action outweigh the best interest of the public and the defendants in a speedy trial.

**NOW, THEREFORE, IT IS ORDERED** that the defendant's request to designate the case as complex (Docket # 41) is hereby **GRANTED**.

**FURTHER, IT IS ORDERED** that the pretrial motion schedule will be as follows: All motions are to be filed by **May 29, 2015**. If a motion is filed requesting an evidentiary hearing and the government objects to the request for an evidentiary hearing, the government must file its objection by **June 3, 2015**. All responses are to be filed by **June 12, 2015**. Any replies are to be filed by **June 17, 2015**.

**FURTHER, IT IS ORDERED** that the time between April 27, 2015 and May 29, 2015 is excluded from the speedy trial deadline of 18 U.S.C. § 3161(c)(1).

Dated at Milwaukee, Wisconsin this 28th day of April, 2015.

BY THE COURT

_s/Nancy Joseph_
NANCY JOSEPH
United States Magistrate Judge